IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL LOPEZ,

      Plaintiff,                     No. CIV S-06-1802 FCD KJM P

    vs.

D.L. RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
lope1802.59